IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DERRICK A. JOHNSON, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 5:22-cv-50 (MTT) |
| KARL FORT, | ) |
| Respondent. | ) |

### ORDER

United States Magistrate Judge Charles H. Weigle recommends granting the Respondent's motion to dismiss (Doc. 12) Petitioner Derrick Johnson's 28 U.S.C. § 2254 habeas petition on timeliness grounds. Doc. 16. Johnson objected, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews de novo the portions of the Recommendation to which Johnson objects, and the remaining portions for clear error.

In his objection, Johnson argues that under *Jimenez v. Quarterman*, his motion for an out-of-time appeal in state court tolled the statute of limitations. 555 U.S. 113 (2009); Doc. 20 at 2-3. However, the Court agrees with the Magistrate Judge's finding that "[b]ecause Petitioner was never granted the right to pursue a direct appeal, *Jimenez* has no application to Petitioner's case." Doc. 16 at 3. Thus, the "clock never restarted." *Id*.

After review, the Court accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 16) is **ADOPTED** and made the Order of the Court. Accordingly, the Respondent's motion to dismiss (Doc. 12) is

**GRANTED** and Johnson's habeas action is **DISMISSED** with prejudice.  As recommended by the Magistrate Judge, a certificate of appealability is **DENIED**.  Moreover, because there are no non-frivolous issues to raise on appeal, an appeal would not be taken in good faith.  See 28 U.S.C. § 1915(a)(3).  Thus, any motion to proceed in forma pauperis on appeal is **DENIED**.

**SO ORDERED**, this 1st day of November, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
