**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **DERRICK A. JOHNSON,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 5:22-CV-50 (MTT)** |
| ) | |
| **KARL FORT,** ) | |
| ) | |
| **Respondent.** ) | |
| ) | |

## ORDER

Petitioner Derrick Johnson moves for a Certificate of Appealability ("COA").  Doc. 24.

United States Magistrate Judge Charles H. Weigle recommended dismissing Johnson's petition for writ of habeas corpus (Doc. 1) as untimely and denying a COA. Doc. 16.  Johnson objected, so the Court reviewed the Recommendation de novo. Docs. 20; 21.  After review, the Court adopted the proposed findings, conclusions, and recommendations of the Magistrate Judge, denied a COA, and denied any motion to proceed *in forma pauperis* on appeal.  Doc. 21.  Because the Court has already denied a COA, Johnson's current motion for a COA is moot.  *Id*.

To any extent that Johnson requests the Court to reconsider its decision denying a COA, Johnson has not shown any basis for reconsideration.  Johnson states a COA should issue "because it is debatable whether or not [he] was granted the right to file an out-of-time appeal."  Doc. 24 at 2.  The record shows that Johnson was not granted the

right to file an out-of-time appeal.  *See* Docs. 16 at 1-2; 13-4; 13-5; 13-6; 13-7.  Thus, his § 2254 petition was untimely.

When the Court dismisses a § 2254 on procedural grounds without reaching the underlying constitutional claims, as it did here, the Court should grant a COA only if the petitioner demonstrates "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling."  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Johnson has not made such a showing.

Accordingly, Johnson's motion for a COA (Doc. 24) is **DENIED**.

**SO ORDERED**, this 15th day of December, 2022.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT